SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>BALVINDER SINGH SARAI, et. al,<br><br>Defendants | Case No.: CIV.S 08-cv-02416-FCD-GGH<br><br>**ORDER FOR DISMISSAL OF BALVINDER SINGH SARAI**<br><br>Complaint Filed: OCTOBER 14, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Balvinder Singh Sarai) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41(a)(2). This case is to be remained open with remaining Defendants. Defendant (Balvinder Singh Sarai) is dismissed because Plaintiff and this Defendant have settled their differences.

Dated: March 11, 2009     /s/Scott N. Johnson_____
                          SCOTT N. JOHNSON
                          Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: March 11, 2009
                          _____
                          FRANK C. DAMRELL, JR.
                          UNITED STATES DISTRICT JUDGE

1